

Certificate Number: 15-50615

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

*David L. Ashley*

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b).

Done this    1st day of May, 2015.



*Rickard K. Mauk*
Certified Financial Health Counselor