

Certificate Number: 15-50616

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

## Krystal J. Ashley

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b).

Done this  1st day of May, 2015.



Rickard K. Mauk
Certified Financial Health Counselor