| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| A5S | 004071 | 005242 | PT1 | 0000100014 | 1 |

014-0001

# Earnings Statement 

1098 DOSTER RD
PRATVILLE, AL 36067

Period Beginning: 02/15/2015
Period Ending: 02/28/2015
Pay Date: 03/06/2015

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 4
　AL: 4

DAVID ASHLEY
1313 JOFFRE RUCKER TOWN RD
PRATTVILLE AL 36067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | 6,600.00 |
| Holiday | | | | 1,120.00 |
| Overtime Sal | | | | 380.00 |
| Vacation | | | | 280.00 |
| **Gross Pay** | | | **$1,600.00** | 8,380.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | 45.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -58.85 | 345.18 |
| | Social Security Tax | -95.15 | 499.28 |
| | Medicare Tax | -22.25 | 116.77 |
| | AL State Income Tax | -53.40 | 283.45 |
| | **Other** | | |
| | Hrly Ltd | -4.51* | 22.55 |
| | 125 Insur | -60.92* | 304.60 |
| | **Net Pay** | **$1,304.92** | |
| | Checking 1 | -1,304.92 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,534.57

© 2000 ADP, LLC

1098 DOSTER RD
PRATVILLE , AL 36067

Advice number: 00000100014
Pay date: 03/06/2015

Deposited to the account of
DAVID ASHLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1831 | xxxx xxxx | $1,304.92 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| A5S | 004071 | 005242 | PT1 | 0000120014 | 1 |

014-0001

# Earnings Statement



1098 DOSTER RD
PRATVILLE, AL 36067

Period Beginning: 03/01/2015
Period Ending: 03/14/2015
Pay Date: 03/20/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  AL: 4

DAVID ASHLEY
1313 JOFFRE RUCKER TOWN RD
PRATTVILLE AL 36067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | 8,200.00 |
| Overtime Sal | 20.0000 | 13.00 | 260.00 | 640.00 |
| Holiday | | | | 1,120.00 |
| Vacation | | | | 280.00 |
| **Gross Pay** | | | **$1,860.00** | 10,240.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | 45.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.78 | 436.96 |
| | Social Security Tax | -111.26 | 610.54 |
| | Medicare Tax | -26.02 | 142.79 |
| | AL State Income Tax | -64.75 | 348.20 |
| | **Other** | | |
| | Hrly Ltd | -4.51* | 27.06 |
| | 125 Insur | -60.92* | 365.52 |
| | **Net Pay** | **$1,500.76** | |
| | Checking 1 | -1,500.76 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,794.57



1098 DOSTER RD
PRATVILLE , AL 36067

Advice number: 00000120014
Pay date: 03/20/2015

**Deposited to the account of**
DAVID ASHLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1831 | xxxx xxxx | $1,500.76 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

© 2000 ADP, LLC

Case 15-31142    Doc 6    Filed 05/01/15    Entered 05/01/15 14:09:51    Desc Main
Document      Page 2 of 4

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| A5S | 004071 | 005242 | PT1 | 0000140014 | 1 |

014-0001

# Earnings Statement 

Period Beginning: 03/15/2015
Period Ending: 03/28/2015
Pay Date: 04/03/2015

1098 DOSTER RD
PRATVILLE, AL 36067

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  AL: 4

DAVID ASHLEY
1313 JOFFRE RUCKER TOWN RD
PRATTVILLE AL 36067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1,600.00 | 9,800.00 |
| Holiday | | | | 1,120.00 |
| Overtime Sal | | | | 640.00 |
| Vacation | | | | 280.00 |
| Gross Pay | | | $1,600.00 | 11,840.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | 45.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -58.85 | 495.81 |
| | Social Security Tax | -95.14 | 705.68 |
| | Medicare Tax | -22.25 | 165.04 |
| | AL State Income Tax | -53.40 | 401.60 |
| | Other | | |
| | Hrly Ltd | -4.51* | 31.57 |
| | 125 Insur | -60.92* | 426.44 |
| Net Pay | | $1,304.93 | |
| Checking 1 | | -1,304.93 | |
| Net Check | | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,534.57

© 2000 ADP, LLC

Advice number: 00000140014
Pay date: 04/03/2015

1098 DOSTER RD
PRATVILLE , AL 36067

Deposited to the account of
DAVID ASHLEY

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1831 | xxxx xxxx | $1,304.93 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| A5S | 004071 | 005242 | PT1 | 0000160013 1 |

013-0001

# Earnings Statement

1098 DOSTER RD  
PRATVILLE, AL 36067

Period Beginning: 03/29/2015  
Period Ending: 04/11/2015  
Pay Date: 04/17/2015

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 4  
  AL: 4

DAVID ASHLEY  
1313 JOFFRE RUCKER TOWN RD  
PRATTVILLE AL 36067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 72.00 | 1,440.00 | 11,240.00 |
| Holiday | 20.0000 | 8.00 | 160.00 | 1,280.00 |
| Overtime Sal | 20.0000 | 4.00 | 80.00 | 720.00 |
| Vacation | | | | 280.00 |
| **Gross Pay** | | | **$1,680.00** | 13,520.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | 65.00 | |

**Deductions**

Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -66.85 | 562.66 |
| Social Security Tax | -100.11 | 805.79 |
| Medicare Tax | -23.41 | 188.45 |
| AL State Income Tax | -57.00 | 458.60 |

Other

| | | |
|---|---|---|
| Hrly Ltd | -4.51* | 36.08 |
| 125 Insur | -60.92* | 487.36 |
| **Net Pay** | **$1,367.20** | |
| Checking 1 | -1,367.20 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,614.57

© 2000 ADP, LLC



1098 DOSTER RD  
PRATVILLE , AL 36067

Advice number: 00000160013  
Pay date: 04/17/2015

Deposited to the account of  
DAVID ASHLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1831 | xxxx xxxx | $1,367.20 |



# NON-NEGOTIABLE