# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
David L. Ashley and Krystal J. Ashley

    Debtors

Case No. 15–31142  
Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of the debtors' application for payment of the filing fee for this case in installments, it is

**ORDERED** that the debtors may pay the filing fee in installments on the terms proposed in the application or no later than 120 days from the date of filing the application.

Until the filing fee is paid in full, the debtors shall not pay, and no person shall accept, any money for services in connection with this case, and the debtors shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated: May 4, 2015

/s/ Dwight H. Williams Jr.  
United States Bankruptcy Judge