UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DAVID L. ASHLEY  
1313 JOFFRE RUCKERTOWN ROAD  
PRATTVILLE, AL 36067  

CASE NO: 15-31142-DHW

Soc. Sec. No. XXX-XX-2625  
Debtor.

## INCOME WITHHOLDING ORDER

TO: M TEK INC  
ATTN PAYROLL  
1098 DOSTER RD  
PRATTVILLE, AL 36067  

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that M TEK INC withhold from the wages, earnings, or other income of this debtor the sum of **$148.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**15-31142-DHW DAVID L. ASHLEY**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, May 5, 2015 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge