UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                              Case No. 15–31142
                                                   Chapter 13
David L. Ashley and Krystal J. Ashley

    Debtors

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of the debtors' application for payment of the filing fee for this case in installments, it is

**ORDERED** that the debtors may pay the filing fee in installments on the terms proposed in the application or no later than 120 days from the date of filing the application.

Until the filing fee is paid in full, the debtors shall not pay, and no person shall accept, any money for services in connection with this case, and the debtors shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated: May 4, 2015

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                    Case No. 15-31142-DHW
David L. Ashley                                           Chapter 13
Krystal J. Ashley
        Debtors                 CERTIFICATE OF NOTICE
District/off: 1127-2    User: desma          Page 1 of 1       Date Rcvd: May 04, 2015
                        Form ID: oapffeei    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2015.
db/jdb         +David L. Ashley,    Krystal J. Ashley,    1313 Joffre Ruckertown Road,
                 Prattville, AL 36067-8334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Gregory E Tolar    on behalf of Debtor David L. Ashley tolarbknotices@gmail.com,
               millbrooktolar@gmail.com
              Gregory E Tolar    on behalf of Joint Debtor Krystal J. Ashley tolarbknotices@gmail.com,
               millbrooktolar@gmail.com
                                                                                             TOTAL: 4