UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
DAVID L ASHLEY )
KRYSTAL J ASHLEY ) CASE NO. 15-31142-DHW-13
    Debtor(s) )

## NOTICE OF APPEARANCE

    Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of Key Finance Company Prattville Office and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this 21 day of May, 2015

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this 21 day of May, 2015.

x    by electronic service

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101
trustees_office@ch13mdal.com

GREGORY E. TOLAR
ATTORNEY AT LAW
1034 EAST MAIN STREET
PRATTVILLE AL 36066
gtolar@bellsouth.net

x    by regular U.S. mail

DAVID L ASHLEY
KRYSTAL J ASHLEY
1313 JOFFRE RUCKERTOWN RD
PRATTVILLE AL 36067

/s/ Leonard N. Math, dated this 21 day of May, 2015